# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2010

140072 & (23)

SHIRLEY JONES,
            Plaintiff-Appellee,

v

HILLS AND DALES GENERAL HOSPITAL,
            Defendant,

and

JAMAL AKBAR, M.D.,
            Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140072
COA: 292405
Tuscola CC: 07-024296-NH

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2010

_____
Clerk

d0518